SULLIVAN v. HOE.   (No. 6342.)

(Supreme Court, Appellate Division, First Department.   October 30, 1914.)

INFANTS (§ 116*)—GUARDIAN AD LITEM—DISCHARGE—COSTS.

    A guardian ad litem for an infant plaintiff should be required, as a condition to being relieved from acting as such, to pay the taxable costs to date.

    [Ed. Note.—For other cases, see Infants, Cent. Dig. §§ 333–336; Dec. Dig. § 116.*]

Appeal from Special Term, New York County.

Action by Mae A. Sullivan, an infant, by her guardian ad litem, Philip J. Termini, against Arthur I. Hoe.   From an order granting the motion of the guardian ad litem to be relieved from acting as such, defendant appeals.   Order modified and affirmed.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

Edwd. G. Pringle, of New York City, for appellant.

Philip J. Termini, of New York City, for respondent.

PER CURIAM.   The order appealed from should be modified, by requiring, as a condition of the guardian ad litem being relieved from further action, that he pay the taxable costs of the action to date.

As so modified, the order should be affirmed, with $10 costs and disbursements to the appellant.